Argued and submitted January 9, affirmed February 6, 2002

Lynda L. COATS-SELLERS;
Annette L. Chunn;
and Roberta Bowles,
in their capacity as
Co-Personal Representatives in the Estate of
R. L. Coats,
*Respondents,*

*v.*

STATE OF OREGON,
by and through its
DEPARTMENT OF TRANSPORTATION
and ex rel Jack R. Roberts,
Commissioner of the
Oregon Bureau of Labor and Industries,
*Appellant.*

97-04118-CV; A112532

39 P3d 290

Denise G. Fjordbeck, Assistant Attorney General, argued the cause for appellant. With her on the briefs were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Josh Newton argued the cause for respondents. On the brief were Martin E. Hansen, Cynthia J. Starke and Karnopp, Petersen, Noteboom, Hansen, Arnett & Sayeg, LLP.

Before Haselton, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Affirmed. *Coats v. ODOT*, 170 Or App 32, 11 P3d 258 (2000), *rev allowed* 332 Or 250 (2001).